UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVIDSON INSTRUMENTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> PARKER-HANNIFIN CORPORATION, <br><br> Defendant. | CASE NO. 2:25-cv-520 <br><br> **JURY TRIAL DEMANDED** |

## JURY DEMAND

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Davidson Instruments, Inc. hereby respectfully demands a jury trial on all issues so triable.

Date: May 12, 2025

By: */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
Tel. 903.934.8450
melissa@gilliamsmithlaw.com

Danielle J. Healey
State Bar No. 9327980
Brian G. Strand
State Bar No. 24081166
Holly H. Barnes
State Bar No. 24045451
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056
Tel. 713.522.1234
dhealey@spencerfane.com
bstrand@spencerfane.com
hbarnes@spencerfane.com

John V. Picone III
Admitted E.D. Tex./State Bar No. CA187226

1

SPENCER FANE LLP
225 West Santa Clara St., Suite 1500
San Jose, CA 95113
Tel. 408.286.5100
jpicone@spencerfane.com

Brian Medich (to be admitted *Pro Hac Vice*)
SPENCER FANE LLP
3040 Post Oak Blvd., Suite 1400
Houston, TX 77056
Tel. 713.522.1234
bmedich@spencerfane.com

John R. Keville
State Bar No. 00794085
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
700 Louisiana St., Suite 2750
Houston, TX 77002
Tel. 713.431.7100
jkeville@sheppardmullin.com

Paul W. Garrity (to be admitted *Pro Hac Vice*)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel. 212.653.8700
pgarrity@sheppardmullin.com

James Y. Hurt
Admitted E.D. Tex./State Bar No. CA312390
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Tel. 858.720.8900
jhurt@sheppardmullin.com

***Attorneys for Davidson Instruments, Inc***.