IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DAVIDSON INSTRUMENTS, INC., <br> *Plaintiff*, <br> v. <br> PARKER-HANNIFIN CORPORATION, <br> *Defendant*. | § <br> § <br> § <br> §    CASE NO. 2:25-CV-00520-JRG-RSP <br> § <br> § <br> § |

## ORDER

Defendant Parker-Hannifin previously filed a Motion to Dismiss for Failure to State a Claim and/or *Forum Non Conveniens*, or In the Alternative, Motion to Stay (Dkt. No. 32.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 70), recommending grant in part of Parker's Motion to Dismiss for Failure to State a Claim and/or *Forum Non Conveniens*, or In the Alternative, Motion to Stay, to the extent that Plaintiff is to amend its Complaint within 30 days to address deficiencies in its pleadings related to the anti-trust and copyright claims. Parker has now filed Objections (Dkt. No. 72.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss for Failure to State a Claim and/or *Forum Non Conveniens*, or In the Alternative, Motion to Stay, the Report and Recommendation, and the briefing on Parker's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Parker's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss for Failure to State a Claim and/or *Forum Non Conveniens*, or In the Alternative, Motion to Stay (Dkt. No. 32) is **GRANTED IN PART** to the extent that Plaintiff is to amend its Complaint within 30 days to address deficiencies in its pleadings related to the anti-trust and copyright claims.

**So ORDERED and SIGNED this 11th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE