**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

DAVIDSON INSTRUMENTS, INC.

Plaintiff,

v.

PARKER-HANNIFIN CORPORATION,

Defendant.

CASE NO. 2:25-cv-00520-JRG-RSP

**JURY TRIAL DEMANDED**

**REPORT ON PARTIES' MEET AND CONFER ON DISCOVERY**
**IN ADVANCE OF THE AUGUST 24, 2026 HEARING**

Plaintiff Davidson Instruments, Inc. and Defendant Parker-Hannifin Corporation identify the following matters to be addressed by the Court on August 24, 2026:

1. **Davidson's Motion for Inspection** [Dkt. 109]

**Remaining Dispute:** Whether Meggitt is entitled to entry of an amended protective order that allows Meggitt to use a new highly confidential/attorneys' eyes only level of confidentiality for inspection of documents and source code. The parties remain at an impasse regarding the proposed amendments to the protective order.

2. **Parker's Motion to Quash and for Protective Order for Deposition of Joseph Leonti (Apex Deposition)** [Dkt. 118]

The motion is fully briefed. The parties remain at an impasse and ask that this motion be heard at the August 24, 2026 hearing.

3. **Davidson's Motion to Compel Depositions** [Dkt. 95]

The motion is also fully briefed. The only deposition scheduling issue that remains is regarding scheduling of depositions that had previously been set for August 27 and September 2 in light of

Davidson's supplemental response to Interrogatory No. 1. The parties ask that the scheduling of these depositions be taken up at the August 24, 2026 hearing.

DATED: August 21, 2026

By: /s/ Holly H. Barnes
John R. Keville
State Bar No. 00794085
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
845 Texas Avenue, 25th Floor
Houston, TX 77002
Telephone: (713) 431-7100
Email: jkeville@sheppardmullin.com

Danielle J. Healey
State Bar No. 9327980
Brian G. Strand
State Bar No. 24081166
Holly H. Barnes
State Bar No. 24045451
**SPENCER FANE LLP**
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: (713) 522-1234
Email: dhealey@spencerfane.com
Email: bstrand@spencerfane.com
Email: hbarnes@spencerfane.com

John V. Picone III
Admitted E.D. Texas
State Bar No. California 187226
**SPENCER FANE LLP**
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone: (408) 286-5100
Email: jpicone@spencerfane.com

Brian Medich (admitted Pro Hac Vice)
**SPENCER FANE LLP**
3040 Post Oak Blvd., Suite 1400
Houston, Texas 77056
Telephone: (713) 522-1234
Email: bmedich@spencerfane.com

Respectfully submitted,

By: /s/ Ned G. Babbitt
William E. Davis, III
Texas State Bar No. 24047416
Ty Wilson
Texas State Bar No. 24106583
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
T: (903) 230-9090 / F: (903) 230-9661
bdavis@davisfirm.com
twilson@davisfirm.com

Robert F. Ware (*admitted pro hac vice*) (lead counsel)
Ohio State Bar #0055515
Caitlin Thomas (admitted pro hac vice)
Ohio State Bar #0093857
Rebecca Pronesti (admitted pro hac vice)
Ohio State Bar #101544
**THOMPSON HINE LLP**
3900 Key Center, 127 Public Square
Cleveland, OH 44114
T: (216) 566-5500 / F: (216) 566-5800
Robert.Ware@ThompsonHine.com
Caitlin.Thomas@ThompsonHine.com
Rebecca.Pronesti@ThompsonHine.com

Jesse Jenike-Godshalk
Ohio State Bar #0087964
Ned G. Babbitt (admitted pro hac vice)
Ohio State Bar #101610
312 Walnut Street, Suite 2000
Cincinnati, OH 45202-4024
T: (513) 352-6700 / F: (513) 241-4771
Jesse.Jenike-Godshalk@ThompsonHine.com
Ned.Babbitt@ThompsonHine.com

**ATTORNEYS FOR DEFENDANT PARKER-HANNIFIN CORPORATION**

Paul W. Garrity (admitted Pro Hac Vice)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Email: pgarrity@sheppardmullin.com

James Y. Hurt
Admitted E.D. Texas
State Bar No. California 312390
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
12275 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (858) 720-8900
Email: jhurt@sheppardmullin.com

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**COUNSEL FOR PLAINTIFF DAVIDSON INSTRUMENTS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service on August 21, 2026 via electronic filing using the Court's CM/ECF system.

*/s/ Holly H. Barnes*
Holly H. Barnes