**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DAVIDSON INSTRUMENTS, INC., | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00520-JRG-RSP |
| | § | |
| PARKER-HANNIFIN CORPORATION, | § | |
| *Defendant*. | § | |

**AMENDED ORDER**

Before the Court is the Parties' Joint Motion to Redact Transcript. **Dkt. No. 148**. After further review of the Parties' proposed redactions, the Court finds that since the transcript is grossly overredacted, the Court **DENIES** the Parties' Motion.

**SIGNED this 26th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE